10906-13
BJP/cst

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KRISHNA HANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.:    1:16-cv-05904 |
| | ) | |
| NATIONAL RAILROAD PASSENGER | ) | |
| CORPORATION d/b/a AMTRAK; | ) | |
| GROWMARK COOPERATIVE; ILLINI FS; | ) | |
| and DOES 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| ------------------------------------------- | ) | |
| NATIONAL RAILROAD PASSENGER | ) | |
| CORPORATION, | ) | |
| | ) | |
| Cross-Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GROWMARK, INC., d/b/a ILLINI FS, | ) | |
| | ) | |
| Cross-Defendant. | ) | |

## STIPULATION FOR DISMISSAL

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action of the Plaintiff, KRISHNA HANEY, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

Respectfully submitted,

KRISHNA HANEY, Plaintiff

BY: _____

Alan Barinholtz
Attorneys for Plaintiff
Busse, Busse & Grasse
20 N Wacker Drive, Suite 3518
Chicago, IL 60606
Telephone 312.750.1212
Facsimile 312.750.1211
alan@barinholtz.com


GROWMARK, INC. (improperly named
herein as two separate Defendants,
GROWMARK COOPERATIVE and ILLINI FS),
Defendant

BY: _____
Bradford J. Peterson, ARDC #: 6196729
Attorneys for Defendant
HEYL, ROYSTER, VOELKER & ALLEN
Suite 505, 301 N. Neil Street
P.O. Box 1190
Champaign, IL 61824-1190
Telephone  217.344.0060
Facsimile  217.344.9295
bpeterson@heylroyster.com

2